UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  CV20-7055 MCS (PVCx)                           Date  November 16, 2020

Title  *Brian Whitaker v. Los Angeles United Investment Co., LLC, et al*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

Elliot Montgomery                             Ronald M. Hirano
                                              Ara Sahelian

**Proceedings:**   **DEFENDANTS' SECOND MOTION TO DISMISS (Dkt. No. 27) and SCHEDULING CONFERENCE**

The motion and scheduling conference hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

For reasons stated on the record, the scheduling conference is not held. The Court will allow an inspection of defendant's premises and sets a deadline of December 7, 2020 for a site inspection by an ADA specialist. The Court takes the Motion to Dismiss [27] UNDER SUBMISSION and sets a status conference for December 7, 2020, at 9:00 a.m.

**IT IS SO ORDERED.**