UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  CV20-7055 MCS (PVCx)                Date  December 7, 2020

Title  *Brian Whitaker v. Los Angeles United Investment Co., LLC, et al*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):

Raymond George Ballister, Jr.                 Ronald M. Hirano
                                              Ara Sahelian

**Proceedings:**     **STATUS CONFERENCE**

The status conference is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or rebroadcasting of the proceedings is strictly prohibited.

The Court questions counsel about the site inspection conducted by the ADA Specialist at defendant's place of business. Plaintiff responds that several issues remain. The Court orders plaintiff to immediately provide defendants with a copy of the inspection report. For reasons stated on the record, plaintiff may file his requested brief in further opposition to Defendant's Second Motion to Dismiss (Dkt. No. [27]) no later than December 14, 2020. Any reply to plaintiff's forthcoming opposition must be filed by December 21, 2020. A hearing on the motion will be reset if necessary.

**IT IS SO ORDERED.**